WILLIAM C. GOLDNER, Appellant, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

(Argued October 15, 1929; decided November 19, 1929.)

*B. B. Fensterstock* and *Abraham N. Levy* for appellant. *William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.